UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SUSAN GRUND,                                     ) | |
|                                                  ) | |
|             Plaintiff,                           ) | |
|    vs.                                           ) | 2:08-cv-0006-WTL-TAB |
|                                                  ) | |
| COMMISSIONER BUSS, in his official capacity,)    | |
|                                                  ) | |
|             Defendant.                           ) | |

**Entry Discussing Motion for Compensation**

The plaintiff's motion for compensation (dkt 150), as now supplemented, is **denied**. The reasons for this ruling are: First, she seeks compensation from CMS, an entity which is not now and has not been a defendant in this case. This entity was mentioned in a proposed amendment, but this did not result in a claim being asserted against it. Second, because even if CMS is or had been a defendant, the plaintiff seeks compensation based on a theory of *respondeat superior* because of its employment of Dr. Jeffrey Smith. Such a theory is not viable in an action brought pursuant to 42 U.S.C. § 1983. *Rodriguez v. Plymouth Ambulance Serv.,* 577 F.3d 816 (7th Cir. 2009).

Because the plaintiff's motion for compensation fails to establish her right to the recovery she seeks, the motion (dkt 150) must be **denied.**

**IT IS SO ORDERED.**

_William T. Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Date: 07/15/2010

Distribution:

Donald G. Banta
INDIANA OFFICE OF THE ATTORNEY GENERAL
donald.banta@atg.in.gov

Lynne Denise Hammer
OFFICE OF THE INDIANA ATTORNEY GENERAL
Lynne.Hammer@atg.in.gov

Susan Grund
DOC #941457
Rockville Correctional Facility
811 W 50 N
Rockville, IN 47872